No. 11–1373. SISSON *v.* ROSENBLUM, ATTORNEY GENERAL OF OREGON. C. A. 9th Cir. Certiorari denied.

No. 11–1374. ACORD, AKA LIVINGSTON, ET AL. *v.* YOUNG AGAIN PRODUCTS, INC. C. A. 4th Cir. Certiorari denied. ▆▆

No. 11–1375. ELIZONDO ET UX., INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF ELIZONDO *v.* CITY OF GARLAND, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 11–1376. FIELD *v.* BOARD OF WATER COMMISSIONERS FOR THE CITY AND COUNTY OF DENVER. C. A. 10th Cir. Certiorari denied.

No. 11–1379. STUART *v.* WALKER. Ct. App. D. C. Certiorari denied.

No. 11–1382. CRAWFORD ET AL. *v.* BNSF RAILWAY CO. C. A. 8th Cir. Certiorari denied.

No. 11–1383. DYER *v.* PALMER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–1385. SATTARI *v.* BRITISH AIRWAYS WORLD CARGO ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–1386. SHEPHERD *v.* HENSON, JUDGE, COURT OF COMMON PLEAS, RICHLAND COUNTY, OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 11–1388. INNOVATIVE THERAPIES, INC. *v.* KINETIC CONCEPTS, INC., ET AL. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 11–1389. TAYLOR ET AL. *v.* STREICHER ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–1392. LOUISIANA ET AL. *v.* LEONARD. C. A. 5th Cir. Certiorari denied.

No. 11–1393. PRESBYTERY OF SOUTH LOUISIANA *v.* CARROLLTON PRESBYTERIAN CHURCH OF NEW ORLEANS. Ct. App. La.,

1st Cir. Certiorari denied. 

No. 11–1396. GATES v. RYAN, DIRECTOR, ARIZONA DEPART-
MENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

· No. 11–1398. MILLER v. PATRICK HENRY ESTATES HOMEOWN-
ERS ASSN., INC. C. A. 4th Cir. Certiorari denied. 

No. 11–1399. AVENIDA SAN JUAN PARTNERSHIP v. CITY OF
SAN CLEMENTE, CALIFORNIA, ET AL. Ct. App. Cal., 4th App.
Dist., Div. 1. Certiorari denied. 

No. 11–1400. JP BUILDERS, INC. v. LEEBOVE ET AL. Ct. App.
Cal., 1st App. Dist. Certiorari denied.

No. 11–1401. KHAKSARI v. CHAIRMAN, BROADCASTING BOARD
OF GOVERNORS. C. A. D. C. Cir. Certiorari denied. 

No. 11–1403. MONTANA SULPHUR & CHEMICAL CO. v. ENVI-
RONMENTAL PROTECTION AGENCY. C. A. 9th Cir. Certiorari de-
nied. 

No. 11–1405. ARLOTTA v. JOHNSON, INDIVIDUALLY AND ON
BEHALF OF YOUNGS. Ct. App. Minn. Certiorari denied.

No. 11–1406. HEERSCHAP v. HEERSCHAP. Sup. Ct. Va. Cer-
tiorari denied.

No. 11–1408. RUDY v. KAPPOS, UNDER SECRETARY OF COM-
MERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, PATENT
AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied.

No. 11–1410. DHILLON v. ZIONS FIRST NATIONAL BANK ET AL.
C. A. 11th Cir. Certiorari denied. 

No. 11–1412. GAYNOR v. TAYLOR, WARDEN. C. A. 4th Cir.
Certiorari denied. 

No. 11–1413. CORBETT v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.